AO 440 (Rev. 06/12)  Summons in a Civil Action

Civil Action No. 2:20-CV-00010-jrg; David Earl vs. Generac Power Systems, Inc.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* National Registered Agents, Inc., Agent for Service of Generac Power Systems, Inc.
was received by me on *(date)* January 21, 2020.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* By serving via Certified Mail No. 91 7199 9991 7034 5016 6257 at National Registered Agents, Inc., 1999 Bryan Street, Suite 900, Dallas, Texas 75201. Delivery receipt attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: February 10, 2020

*Beverly Hayden* (signature)
*Server's signature*

Beverly Hayden, Legal Assistant
*Printed name and title*

P. O. Box 2909, Longview, TX 75606
*Server's address*

Additional information regarding attempted service, etc:

Search Selected Shipment Details

## Recipent Details

Shipped To Address:
National Registered Agents, Inc.
1999 Bryan Street
Suite 900

Dallas
TX
75201
US

Billed To Address:

## Shipment Details

Order #:
PO#:

Shipment ID: **30086**
Shipped Date: 01/21/2020
Status: Processed

Partial Status: ☐
Host Updated: ☐
ASN Sent: ☐

Shipped Via: USPS Server
First-Class Mail®

| | | Customer: |
|---|---|---|
| Shipping Cost: | 0.50 | 0.50 |
| Accessorial: | 5.10 | 5.10 |
| Other: | 0.00 | 0.00 |
| Total Cost: | **5.60** | **5.60** |

### Shipment Options

Void Complete Shipment Reprint Documents

## Packages within Shipment

| Package ID | Waybill # | Status | Attention To | Receiver Phone |
|---|---|---|---|---|
| 30004 | 9171999991703450166257 | Processed | Registered Agent for Service 1 | |

